**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Taji Jamal LEE, Petitioner**

No. 254 MAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**